O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDREW LAMONT BONDS,          )     No. CV 10-745 CAS (CW)
                              )
            Petitioner,       )     ORDER ACCEPTING REPORT AND
                              )     RECOMMENDATION OF UNITED STATES
     v.                       )     MAGISTRATE JUDGE
                              )
RANDY GROUNDS (Warden),       )
                              )
            Respondent.       )
_____)


     Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the
entire record in this action, as well as the Report and Recommendation
of the United States Magistrate Judge.  No objections to the Report
and Recommendation have been received.

     Accordingly, **IT IS ORDERED**: (1) that the Report and
Recommendation of the United States Magistrate Judge be accepted;
(2) that Respondent's motion to dismiss (docket no. 11, filed June 8,
2010) be granted; and (3) that judgment be entered dismissing the
petition, with prejudice, as time-barred.

1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2   served on the parties.

3

4   DATED:    February 9, 2011

5                                                      CHRISTINA A. SNYDER
                                              United States District Judge

2