JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDREW LAMONT BONDS, | ) | No. CV 10-745 CAS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RANDY GROUNDS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: February 9, 2011

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge